CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 20, 2020**

_Hardin DeWayne Hale_

**United States Bankruptcy Judge**

V17.09.04

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:                                     \* CASE NUMBER:    19-70285-HDH-12
CHRISTOPHER LYNN ORSAK                      \*
CHELSI ANNE ORSAK                           \* HEARING DATE:   MARCH 18, 2020
                                            \* HEARING TIME:   1:30 PM

## ORDER CONFIRMING
## DEBTOR'S (S') AMENDED CHAPTER 12 PLAN OF REORGANIZATION

The Court having heard the Debtor's(s') Plan (or Amended/Modified Plan) of Reorganization dated February 26, 2020 at the hearing date and time above.

It having been determined after hearing on notice that:

1. The Plan complies with the provisions of Chapter 12 of the Bankruptcy Code; and

2. Any fee, charge or amount required under Chapter 123 of Title 28, or by the Plan, to be paid before Confirmation, has been paid; and

3. The Plan has been proposed in good faith and not by any means forbidden by law; and

4. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor(s) was liquidated under Chapter 7 of the Bankruptcy Code on such date; and

5. With respect to each allowed secured claim provided for by the Plan, the Plan provides that the holder of such claim retain the lien securing such claim and the value, as of the effective date of the Plan, of property to be distributed by the Trustee or the Debtor(s), under the Plan, on account that such claim is not less than the allowed amount of such claim, or the Debtor(s) surrenders the property securing such claim to such holder; and

6. All payments made or promised by the Debtor(s) or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable, or if to be fixed after confirmation of the Plan, will be subject to the approval of the Court; and

7. The debtor has paid all amounts that are required to be paid under a domestic support obligation and that first become payable after the date of the filing of the petition if the debtor is required by a judicial or administrative order, or by statute, to pay such domestic support obligation; and

8. The Debtor(s) will be able to make all payments under the Plan and to comply in all respects with the Plan;

<u>1(A).  PAYMENTS TO THE TRUSTEE BY THE DEBTOR:</u>  The Debtor is hereby Ordered to pay to the Chapter 12 Trustee, the following amounts on or before the following dates:

| Year | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| 2020 | $0.00 | $0.00 | $0.00 | $740.74 | $740.74 | $740.74 |
| | July | August | September | October | November | December |
| | $740.74 | $740.74 | $740.74 | $740.74 | $740.74 | $740.74 |

| Year | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| 2021 | $782,594.75 | $740.74 | $740.74 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Year | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| 2022 | $613,109.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Year | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| 2023 | $540,719.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Year | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| 2024 | $468,329.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Year | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| 2025 | $398,178.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

<u>1(B).</u>  Pursuant to 11 U.S.C. Section 1225(a)(4), debtor(s) must pay at least  <u>$94,826.76</u>  to unsecured Claims.  Additionally, debtor(s) shall pay to the Chapter 12 Trustee, all projected disposable income to be received in the  <u>5</u>  year period beginning  <u>1/1/2020</u>  to be applied to make payments under the plan.  Adequate disposable income is projected in Exhibit G.

2.  STANDING CHAPTER 12 TRUSTEE'S FEE:  The Trustee shall  be paid in full pursuant to
11 U.S.C. Section 503(b), 1226(b)(2), and 28 U.S.C. Section 586(e)(1)(B).

3.  DEBTOR ATTORNEY:  Debtor's attorney is named below and will be paid by the Trustee as follows:

| Attorney | Total Fee | Amount Paid | Unpaid Balance | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| John A Leonard | 26036.75 | 14275.00 | 11761.75 | | | 0.00 | 0.00 | |
| (balance of fee to be paid upon approval of fee application) | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |

4.  APPRAISER OR CONSULTANT FEES:  Appraisers or Consultants employed by the Debtor, are
listed below, and will be paid by the Trustee as follows:

| Appraiser/ Consultant | Total Fee | Amount Paid | Unpaid Balance | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| | | | 0.00 | | | 0.00 | 0.00 | |
| Financial Consulting Inc | 10000.00 | 5000.00 | 5000.00 | 12 | 12 | 416.67 | 46.30 | 5/29/2020 |
| Eide Bailly | 3000.00 | 0.00 | 3000.00 | 12 | 12 | 250.00 | 27.78 | 5/29/2020 |
| | | | 0.00 | | | 0.00 | 0.00 | |
| | | | 0.00 | | | 0.00 | 0.00 | |

5.  PRIORITY CLAIMS:
The following claims shall be paid by the Trustee, in full, at the rate stated in the following amounts,
on the following date(s)

| Creditor Name | Claim Amount | # Pmts | C D* | Payment Amount | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |

     To the extent a priority claim not provided for above is allowed by the Court, (or deemed allowed  per
11 USC 502(a) by virtue of having been filed and not objected to) or is for a greater amount than that above
provided, the Trustee will pay such claim or additional amount, in full, during the term of the Plan, unless
otherwise provided by modification hereof.

* CD = 1 ANNUAL, 2 SEMI-ANNUAL, 4 QUARTERLY, 12 MONTHLY

6. SECURED CLAIMS:

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s);  surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | AGCO | AMERICREDIT FINANCIAL | BAYLOR COUNTY | BRANCH BANKING & TRUST |
|---|---|---|---|---|
| Collateral Description | MASSEY FERGUSON 1715L | 2018 CHEVROLET | 2019 TAXES | 2017 CHEVROLET |
| Creditor's Claim Amount | 4,900.00 | 3,493.04 | 674.38 | 27,401.03 |
| * Equity Value: Secured | 4,900.00 | 3,493.04 | 674.38 | 27,401.03 |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 1 | | | |
| Interest Rate | 5.00% | | | |
| Interest Start Date | 9/30/2019 | | | |
| Date First Pmt by Trustee | 2/27/2021 | | | |
| # Payments by Trustee | 1 | | | |
| Payment Code | 1 | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 516 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 151 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | $101.36 | $0.00 | $0.00 | $0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $5,145.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $101.36 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $582.93 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $5,829.29 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 0 | 0 | 0 | 0 |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | | Paid Direct per Order [Doc 87] | PAID DIRECT | Paid Direct per Order [Doc 88] |

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

6. SECURED CLAIMS: (Continued)

    Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | CNH INDUSTRIAL | CAPITAL FARM CREDIT - FLCA 6 | CAPITAL FARM CREDIT - FLCA 7 | CAPITAL FARM CREDIT - FLCA 8 |
|---|---|---|---|---|
| Collateral Description | 2013 CASE IH6130 | REAL ESTATE | REAL ESTATE | REAL ESTATE |
| Creditor's Claim Amount | 140,940.37 | 60,605.39 | 163,928.96 | 27,414.19 |
| * Equity Value: Secured | 190,000.00 | 60,605.39 | 163,928.96 | 27,414.19 |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 7 | 20 | 20 | 20 |
| Interest Rate | 5.00% | 6.50% | 6.50% | 6.50% |
| Interest Start Date | 9/30/2019 | 9/30/2019 | 9/30/2019 | 9/30/2019 |
| Date First Pmt by Trustee | 2/27/2021 | 2/27/2021 | 2/27/2021 | 2/27/2021 |
| # Payments by Trustee | 5 | 5 | 5 | 5 |
| Payment Code | 1 | 1 | 1 | 1 |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 516 | 516 | 516 | 516 |
| Adj. Int. days First Pay | 151 | 151 | 151 | 151 |
| Adj Int. Amt. First Pay | $2,915.34 | $1,629.70 | $4,408.12 | $737.18 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $24,357.29 | $5,500.33 | $14,877.60 | $2,488.01 |
| Interest Adjustment | $2,915.34 | $1,629.70 | $4,408.12 | $737.18 |
| Trustee Fee | $3,030.29 | $792.22 | $2,142.86 | $358.35 |
| Total Pmt + T. Fee | $30,302.92 | $7,922.25 | $21,428.58 | $3,583.54 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $24,357.29 | $5,500.33 | $14,877.60 | $2,488.01 |
| Trustee Fee | $753.32 | $170.11 | $460.13 | $76.95 |
| Total Pmt + T. Fee | $25,110.61 | $5,670.44 | $15,337.73 | $2,564.96 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 2 | 15 | 15 | 15 |
| Payment Amount by Debtor | $24,357.29 | $5,500.33 | $14,877.60 | $2,488.01 |
| Date First Pmt by Debtor | 02/26/26 | 02/26/26 | 02/26/26 | 02/26/26 |
| Surrender Date | | | | |
| Remarks | | | | |

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

Page 6

## 6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | CAPITAL FARM CREDIT - FLCA 9 | CAPITAL FARM CREDIT - PCA 10 | | JOHN DEERE FINANCIAL #16 |
|---|---|---|---|---|
| Collateral Description | REAL ESTATE | CASH COLLATERAL | | JD 8245R TRACTOR STARFIRE 6000 RECEIVER |
| Creditor's Claim Amount | 125,611.65 | 514,456.16 | | 97,420.12 |
| * Equity Value: Secured | 125,611.65 | 514,456.16 | | 97,420.12 |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 20 | 7 | | 7 |
| Interest Rate | 6.50% | 6.50% | | 6.50% |
| Interest Start Date | 9/30/2019 | 9/30/2019 | | 9/30/2019 |
| Date First Pmt by Trustee | 2/27/2021 | 2/27/2021 | | 2/27/2021 |
| # Payments by Trustee | 5 | 5 | | 5 |
| Payment Code | 1 | 1 | | 1 |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 516 | 516 | 0 | 516 |
| Adj. Int. days First Pay | 151 | 151 | 0 | 151 |
| Adj Int. Amt. First Pay | $3,377.75 | $13,833.94 | $0.00 | $2,619.67 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $11,400.06 | $93,801.50 | $0.00 | $17,762.74 |
| Interest Adjustment | $3,377.75 | $13,833.94 | $0.00 | $2,619.67 |
| Trustee Fee | $1,641.98 | $11,959.48 | $0.00 | $2,264.71 |
| Total Pmt + T. Fee | $16,419.79 | $119,594.92 | $0.00 | $22,647.12 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $11,400.06 | $93,801.50 | $0.00 | $17,762.74 |
| Trustee Fee | $352.58 | $2,901.09 | $0.00 | $549.37 |
| Total Pmt + T. Fee | $11,752.64 | $96,702.59 | $0.00 | $18,312.11 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 15 | 2 | 0 | 2 |
| Payment Amount by Debtor | $11,400.06 | $93,801.50 | $0.00 | $17,762.74 |
| Date First Pmt by Debtor | 02/26/26 | 02/26/26 | | 02/26/26 |
| Surrender Date | | | | |
| Remarks | | Includes attorney fees of $7,538.42 | | Includes attorney fees of $336.50 |

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | JOHN DEERE FINANCIAL #17 | JOHN DEERE FINANCIAL #18 | JOHN DEERE FINANCIAL #19 | JOHN DEERE FINANCIAL #20 |
|---|---|---|---|---|
| Collateral Description | JD 1725 12 ROW PLANTER | JD 2410XN CHISEL PLOW | KRAUSE 1200-640R RIPPER/HIPPER | JD 9510R 4WD TRACTOR |
| Creditor's Claim Amount | 29,987.65 | 30,132.07 | 20,226.25 | 181,928.86 |
| * Equity Value: Secured | 29,987.65 | 30,132.07 | 20,226.25 | 181,928.86 |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 7 | 7 | 7 | 7 |
| Interest Rate | 6.50% | 6.50% | 6.50% | 6.50% |
| Interest Start Date | 9/30/2019 | 9/30/2019 | 9/30/2019 | 9/30/2019 |
| Date First Pmt by Trustee | 2/27/2021 | 2/27/2021 | 2/27/2021 | 2/27/2021 |
| # Payments by Trustee | 5 | 5 | 5 | 5 |
| Payment Code | 1 | 1 | 1 | 1 |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 516 | 516 | 516 | 516 |
| Adj. Int. days First Pay | 151 | 151 | 151 | 151 |
| Adj Int. Amt. First Pay | $806.38 | $810.26 | $543.89 | $4,892.14 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $5,467.69 | $5,494.02 | $3,687.88 | $33,171.34 |
| Interest Adjustment | $806.38 | $810.26 | $543.89 | $4,892.14 |
| Trustee Fee | $697.12 | $700.47 | $470.20 | $4,229.27 |
| Total Pmt + T. Fee | $6,971.19 | $7,004.75 | $4,701.97 | $42,292.75 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $5,467.69 | $5,494.02 | $3,687.88 | $33,171.34 |
| Trustee Fee | $169.10 | $169.92 | $114.06 | $1,025.92 |
| Total Pmt + T. Fee | $5,636.79 | $5,663.94 | $3,801.94 | $34,197.26 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 2 | 2 | 2 | 2 |
| Payment Amount by Debtor | $5,467.69 | $5,494.02 | $3,687.88 | $33,171.34 |
| Date First Pmt by Debtor | 02/26/26 | 02/26/26 | 02/26/26 | 02/26/26 |
| Surrender Date | | | | |
| Remarks | Includes attorney fees of $336.50 | Includes attorney fees of $336.50 | Includes attorney fees of $336.50 | Includes attorney fees of $336.50 |

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

6.  SECURED CLAIMS:  (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s);  surrender of collateral for value:  The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the  dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | JOHN DEERE FINANCIAL #21 | JOHN DEERE FINANCIAL #22 | JOHN DEERE FINANCIAL #23 | JOHN DEERE FINANCIAL #15 |
|---|---|---|---|---|
| Collateral Description | JD 995 MOLDBOARD PLOW | JD 8270R ROW CROP TRACTOR JD S161 STARFIRE | BIGHAM BROS 1238 12 ROW CULTIVATOR | FARM PLAN CREDIT |
| Creditor's Claim Amount | 13,317.55 | 115,959.62 | 46,693.18 | 53,338.60 |
| * Equity Value: Secured | 13,317.55 | 115,959.62 | 46,693.18 | 53,338.60 |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 7 | 7 | 7 | 7 |
| Interest Rate | 6.50% | 6.50% | 6.50% | 6.50% |
| Interest Start Date | 9/30/2019 | 9/30/2019 | 9/30/2019 | 9/30/2019 |
| Date First Pmt by Trustee | 2/27/2021 | 2/27/2021 | 2/27/2021 | 2/27/2021 |
| # Payments by Trustee | 5 | 5 | 5 | 5 |
| Payment Code | 1 | 1 | 1 | 1 |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 516 | 516 | 516 | 516 |
| Adj. Int. days First Pay | 151 | 151 | 151 | 151 |
| Adj Int. Amt. First Pay | $358.11 | $3,118.20 | $1,255.60 | $1,434.30 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $2,428.21 | $21,143.08 | $8,513.63 | $9,725.30 |
| Interest Adjustment | $358.11 | $3,118.20 | $1,255.60 | $1,434.30 |
| Trustee Fee | $309.59 | $2,695.70 | $1,085.47 | $1,239.95 |
| Total Pmt + T. Fee | $3,095.91 | $26,956.98 | $10,854.70 | $12,399.55 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $2,428.21 | $21,143.08 | $8,513.63 | $9,725.30 |
| Trustee Fee | $75.10 | $653.91 | $263.31 | $300.78 |
| Total Pmt + T. Fee | $2,503.31 | $21,796.99 | $8,776.94 | $10,026.08 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 2 | 2 | 2 | 2 |
| Payment Amount by Debtor | $2,428.21 | $21,143.08 | $8,513.63 | $9,725.30 |
| Date First Pmt by Debtor | 02/26/26 | 02/26/26 | 02/26/26 | 02/26/26 |
| Surrender Date | | | | |
| Remarks | Includes attorney fees of $336.50 | Includes attorney fees of $336.50 | Includes attorney fees of $336.50 | Includes attorney fees of $336.50 |

*  If collateral is subject to senior lien(s), only the value (equity)  in excess of same is shown.

## 6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

| | | | | |
|---|---|---|---|---|
| Creditor Name | JOHN DEERE FINANCIAL #14 | | | |
| Collateral Description | LEASE JD 8235R TRACTOR | | | |
| Creditor's Claim Amount | | | | |
| * Equity Value: Secured | | | | |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | | | | |
| Interest Rate | | | | |
| Interest Start Date | | | | |
| Date First Pmt by Trustee | | | | |
| # Payments by Trustee | | | | |
| Payment Code | | | | |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 0 | 0 | 0 | 0 |
| Adj. Int. days First Pay | 0 | 0 | 0 | 0 |
| Adj Int. Amt. First Pay | $0.00 | $0.00 | $0.00 | $0.00 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Adjustment | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Pmt + T. Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor | 0 | 0 | 0 | 0 |
| after completion of plan | | | | |
| Payment Amount by Debtor | $0.00 | $0.00 | $0.00 | $0.00 |
| Date First Pmt by Debtor | | | | |
| Surrender Date | | | | |
| Remarks | Paid Direct - See Provision 1 in Other Plan Provisions | | | |

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | FARM CREDIT SERVICES 6447 | FARM CREDIT SERVICES 6448 | FARM CREDIT SERVICES 0590 | FARM CREDIT SERVICES 9997 |
|---|---|---|---|---|
| Collateral Description | DISK | AIR CART | FIELD CULTIVATOR | GRAIN PLATFORM HEADER |
| Creditor's Claim Amount | 14,374.77 | 4,648.54 | 2,797.83 | 21,650.11 |
| * Equity Value: Secured | 14,374.77 | 4,648.54 | 2,797.83 | 21,650.11 |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 7 | 7 | 7 | 7 |
| Interest Rate | 6.50% | 6.50% | 6.50% | 6.50% |
| Interest Start Date | 9/30/2019 | 9/30/2019 | 9/30/2019 | 9/30/2019 |
| Date First Pmt by Trustee | 2/27/2021 | 2/27/2021 | 2/27/2021 | 2/27/2021 |
| # Payments by Trustee | 5 | 5 | 5 | 5 |
| Payment Code | 1 | 1 | 1 | 1 |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 516 | 516 | 516 | 516 |
| Adj. Int. days First Pay | 151 | 151 | 151 | 151 |
| Adj Int. Amt. First Pay | $386.54 | $125.00 | $75.23 | $582.18 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $2,620.97 | $847.57 | $510.13 | $3,947.49 |
| Interest Adjustment | $386.54 | $125.00 | $75.23 | $582.18 |
| Trustee Fee | $334.17 | $108.06 | $65.04 | $503.30 |
| Total Pmt + T. Fee | $3,341.68 | $1,080.63 | $650.40 | $5,032.97 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $2,620.97 | $847.57 | $510.13 | $3,947.49 |
| Trustee Fee | $81.06 | $26.21 | $15.78 | $122.09 |
| Total Pmt + T. Fee | $2,702.03 | $873.78 | $525.91 | $4,069.58 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 2 | 2 | 2 | 2 |
| Payment Amount by Debtor | $2,620.97 | $847.57 | $510.13 | $3,947.49 |
| Date First Pmt by Debtor | 02/26/26 | 02/26/26 | 02/26/26 | 02/26/26 |
| Surrender Date | | | | |
| Remarks | Includes attorney fees of $8,389.00 | | | |

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

6. SECURED CLAIMS: (Continued)

Disbursements by the Trustee on impaired claims, including arrearages; direct payments by Debtor(s); surrender of collateral for value: The Trustee and/or the Debtor(s) as indicated, shall pay the following secured claims, the amount stated on or before the dates shown; or Debtor(s) will surrender the collateral for the values shown:

| Creditor Name | FARM CREDIT SERVICES 1470 | FARM CREDIT SERVICES 2316 | FARM CREDIT SERVICES 7105 | FARM CREDIT SERVICES 5106 |
|---|---|---|---|---|
| Collateral Description | CENTER PIVOT | SELF PROPEL SPRAYER | BOLL BUGGY | DRILL |
| Creditor's Claim Amount | 29,350.76 | 171,609.95 | 8,880.71 | 42,982.73 |
| * Equity Value: Secured | 29,350.76 | 171,609.95 | 8,880.71 | 42,982.73 |
| Deficiency: Unsecured Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Term | 7 | 7 | 7 | 7 |
| Interest Rate | 6.50% | 6.50% | 6.50% | 6.50% |
| Interest Start Date | 9/30/2019 | 9/30/2019 | 9/30/2019 | 9/30/2019 |
| Date First Pmt by Trustee | 2/27/2021 | 2/27/2021 | 2/27/2021 | 2/27/2021 |
| # Payments by Trustee | 5 | 5 | 5 | 5 |
| Payment Code | 1 | 1 | 1 | 1 |
| Equal Amort Code = Y | N | N | N | N |
| Days to First Pmt | 516 | 516 | 516 | 516 |
| Adj. Int. days First Pay | 151 | 151 | 151 | 151 |
| Adj Int. Amt. First Pay | $789.25 | $4,614.66 | $238.81 | $1,155.82 |
| **First Payment by Trustee** | | | | |
| Principal & Interest | $5,351.56 | $31,289.88 | $1,619.23 | $7,837.10 |
| Interest Adjustment | $789.25 | $4,614.66 | $238.81 | $1,155.82 |
| Trustee Fee | $682.31 | $3,989.39 | $206.45 | $999.21 |
| Total Pmt + T. Fee | $6,823.12 | $39,893.93 | $2,064.49 | $9,992.13 |
| **Other Payments by Trustee** | | | | |
| Principal & Interest | $5,351.56 | $31,289.88 | $1,619.23 | $7,837.10 |
| Trustee Fee | $165.51 | $967.73 | $50.08 | $242.39 |
| Total Pmt + T. Fee | $5,517.07 | $32,257.61 | $1,669.31 | $8,079.49 |
| **Other Payments by Debtor** | | | | |
| # Payments by Debtor after completion of plan | 2 | 2 | 2 | 2 |
| Payment Amount by Debtor | $5,351.56 | $31,289.88 | $1,619.23 | $7,837.10 |
| Date First Pmt by Debtor | 02/26/26 | 02/26/26 | 02/26/26 | 02/26/26 |
| Surrender Date | | | | |
| Remarks | | | | |

* If collateral is subject to senior lien(s), only the value (equity) in excess of same is shown.

7. CASH COLLATERAL PAYMENTS:

In accordance with the Cash Collateral Order(s) entered or to be entered in this case, the Trustee shall make the following distributions out of the following described "Cash Collateral Payments", on the stated dates:

| | | | | | |
|---|---|---|---|---|---|
| Principal: | $339,859.65 | Creditor: | CFC/PCA | | |
| Interest Rate: | 6.50% | Amort: | 5 | | |
| Start Interest Date: | 9/30/2019 | 1st Pmt Date: | 2/25/2021 | | |

| Collateral Amount | Interest Amount | Principal Creditor | P & I Creditor | Cash Collateral Balance | Trustee Fee | Refund To Debtor |
|---|---|---|---|---|---|---|
| **Year One** | | | | | | |
| 339859.65 | 31108.80 | 67971.93 | 99080.73 | 271887.72 | 11008.96 | 260878.76 |
| **Year Two** | | | | | | |
| 271887.72 | 17672.70 | 67971.93 | 85644.63 | 203915.79 | 2648.82 | 201266.97 |
| **Year Three** | | | | | | |
| 203915.79 | 13254.53 | 67971.93 | 81226.46 | 135943.86 | 2512.17 | 133431.69 |
| **Year Four** | | | | | | |
| 135943.86 | 8836.35 | 67971.93 | 76808.28 | 67971.93 | 2375.53 | 65596.40 |
| **Year Five** | | | | | | |
| 67971.93 | 4418.18 | 67971.93 | 72390.11 | 0.00 | 2238.88 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Principal: | | Creditor: | | | |
| Interest Rate: | | Amort: | | | |
| Start Interest Date: | | 1st Pmt Date: | | | |

| Collateral Amount | Interest Amount | Principal Creditor | P & I Creditor | Cash Collateral Balance | Trustee Fee | Refund To Debtor |
|---|---|---|---|---|---|---|
| **Year One** | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Year Two** | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Year Three** | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Year Four** | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Year Five** | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

8.  UNSECURED CLAIMS:

   A.  Unsecured Claims Classified For Special Treatment:  The Trustee shall pay the following unsecured
       claims the following amount(s) including interest at the following rate(s), at the following  times
       pursuant to 11 U.S.C. Section 1222(11).

| Creditor Name | Reason | Claim Amount | Interest Rate | # Pmts | C D* | Amount Disb. | Trustee Fee | 1st Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | |

   B.  General Unsecured Deficiency Creditors:  The following claims shall be paid by the Trustee, pro-rata,
       out of any "Projected Disposable Income" received in paragraph 1(B) of this Order.

| Creditor | Claim Amount | Percentage |
|---|---|---|
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |
| | 0.00 | 0.0000% |

* CD = 1 Annual, 2 Semi-Annual, 4 Quarterly, 12 MONTHLY

C.  General Unsecured Creditors:  The following claims shall be paid by the Trustee, pro-rata with the
claims in paragraph 8(B), out of any "Projected Disposable Income" received in paragraph 1(B)
of this Order.

| Creditor# | Creditor Name | Claim Amount | Percentage |
|---|---|---|---|
| | | | 0.0000% |
| | | | 0.0000% |
| | INDIGO AG INC | 63291.54 | 20.0695% |
| | MONSANTO COMPANY | 93202.21 | 29.5541% |
| | NUTRIEN AG SOLUTIONS | 146809.67 | 46.5529% |
| | PETTY FLYING SERVICE | 7252.30 | 2.2997% |
| | WEST GAINES SEED | 4805.45 | 1.5238% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | | | 0.0000% |
| | Total | $315,361.17 | 100.0000% |

9.  OTHER PLAN PROVISIONS:

Provision 1 - John Deere Lease Assumption Terms - 1) Debtor assumes the lease with Deere Credit, Inc. dated 10/25/2017, for the 2011 JD 8235R Row Crop tractor ("Tractor"), with annual payments of $13,646.70, due on Oct. 24th of each year for 4 years commencing Oct. 24, 2017 ("Lease"). 2) If Debtor does not exercise the purchase option contained in the lease, Deere Credit, Inc. may regain possession of the Tractor without the need for any action in the Bankruptcy Court and the automatic stay shall be deemed lifted. 3) The final lease payment is due on Oct. 24, 2021 at which time the purchase option of $92,258.02 is due and payable or the Tractor shall be surrendered immediately to Quality Implement Co., 10576 US-277, Munday, TX 76371. 4) Nothing in this Order shall constitute a waiver of any right of Deere Credit, Inc. to assert claims under the provisions of the Lease, including but not limited to, provisions concerning excess hour usage and equipment condition.

Any plan payment shown on page 2 of this Order that includes trustee fees in excess of fees allowed by 28 U.S.C. Section 586(e)(1)(B) shall be retained by the Trustee and applied toward the $94,826.76 minimum calculated pursuant to 11 U.S.C. Section 1225(a)(4) shown on page 2 of this Order.  The Trustee shall not disburse such funds until any claims pursuant to 11 U.S.C. Section 1232 have been determined or waived by all parties.

See addendums of Capital Farm Credit FLCA/PCA and Farm Credit Services of America, PCA d/b/a AgDirect attached and made a part of this order.

Upon the Court's approval of this order the Trustee shall endorse and deliver to debtors two farm program payments currently held by the Trustee.  The Debtor shall be allowed to deposit the checks into their debtor in possession account and use the funds in the normal course of business.  The check numbers are 08828052 and 08828060 in the amount of $1,432.64 each for a total of $2,865.28.

10.  PARTICIPATION IN FEDERAL FARM PROGRAMS

     If the debtor is a party to prepetition, executory contracts with the Commodity Credit Corporation (CCC) or any other agency of the United States Department of Agriculture (USDA) evidencing debtor's participation in Federal Farm Programs, the confirmation of the debtor's plan shall constitute Court approval of and authorization for debtor's assumption of such contract(s).
     Confirmation of the debtor's plan shall also constitute Court permission and authorization for the debtor to enroll and participate in Federal Farm Programs administered by the USDA or any agency thereof.
     Nothing contained in this Order shall impair the policies, procedures, regulations and contract provisions established by the USDA or any of its agencies with regard to the Federal Farm Program benefits including, but not limited to, determining eligibility for program participation and for program benefits and collecting postpetition claims of the United States Government by offset.
     All postpetition crops are free and clear of any prepetition liens or security interests unless such prepetition liens or security interests are retained in the confirmed plan. Prepetition liens and security interests which are not retained in the confirmed plan shall be released by the holder(s) of such liens or security interests on request (oral or written) by the debtor.
     Debtor may place any of the debtor's postpetition crops in the Federal Price Support Loan Program without further order of this Court and upon compliance with requirements of the Program.  All Federal Farm Program benefits that the FSA has determined to be payable to debtor may be disbursed by FSA in the ordinary course of business in accordance with the program regulations and without further order of this Court.

11. 'PENALTY' UNSECURED CLAIMS:  Any unsecured claims for non-pecuniary penalty, expressly including IRS penalty to date of petition on unsecured and/or priority claims shall be paid pro-rata any funds remaining after all other unsecured claims have been paid in full.

12. GRACE PERIOD:  The Trustee may, for "good cause" allow the Debtor a grace period of up to forty-five (45) days for any quarterly, semi-annual or annual payment due to the Trustee under the Plan, provided Debtor also pays all applicable accrued interest and Trustee's fee resulting from such late payment.

13. DISCHARGE:  Pursuant to Section 1228 of the bankruptcy Code, as amended, the Debtor shall receive a discharge after completion of all payments under the plan.

14. MODIFICATION:  Pursuant to Section 1229 of the Bankruptcy Code, as amended, the Debtor shall have the right to modify the plan after confirmation.

15. LIEN RETENTION:  Pursuant to Section 1225(a)(5) of the Bankruptcy Code, as amended, secured creditors shall retain their liens.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtor's Chapter 12 Plan of Reorganization be and the same is hereby approved

IT IS FURTHER ORDERED that any subsequent Modification of such Plan and the Order confirming or modifying such plan, will conform substantially to the form hereof.

# # # END OF ORDER # # #
APPROVED AS TO FORM AND SUBSTANCE:


/s/ John A. Leonard
John A. Leonard
Attorney for the Debtor(s)

/s/ Tommy J. Swann
Tommy J. Swann
Attorney for Capital Farm Credit FLCA/F

/s/ Stephen G. Wilcox
Stephen G. Wilcox
Attorney for Americredit Financial
Services, Inc d/b/a GM Financial

/s/ Brad Kloiber
Brad Kloiber
Standing Chapter 12 Trustee
Prepared : 3/17/2020
REV 09.00

/s/ Jody D. Jenkins
Jody D. Jenkins
Attorney for Deere & Company, Deere
Credit, Inc., and John Deere Financial

/s/ Michael S. Uryasz
Michael S. Uryasz
Attorney for Farm Credit Service of
America PCA d/b/a AgDirect

**ADDENDUM REGARDING CLAIM OF CAPITAL FARM CREDIT, FLCA**
**AND CAPITAL FARM CREDIT, PCA TO THE DEBTORS' CHAPTER 12 PLAN**
**OF REORGANIZATION CHRISTOPHER LYNN ORSAK**
**CHELSI ANN ORSAK**
**CASE NO. 19-70285-rlj12**
**March 18, 2020**

1.      Capital Farm Credit has five claims in the CHRISTOPHER LYNN ORSAK and CHELSI ANNE ORSAK bankruptcy, those being: Claim No. 6 (Capital Farm Credit, FLCA) in the amount of $60,605.39; Claim No. 7 (Capital Farm Credit, FLCA) in the amount of $163,928.96; Claim No. 8 (Capital Farm Credit, FLCA)  in the amount of $27,414.19; Claim No. 9 (Capital Farm Credit, FLCA in the amount of $125,611.65; and Claim No. 10 (Capital Farm Credit, PCA) in the amount of $846,777.39.

2.      Capital Farm Credit has a deeds of trust on land in Baylor County, Texas and a security interest in crops, livestock, equipment, government payments and other collateral as set forth in the Commercial Security Agreements and the Deeds of Trust attached to the proofs of claim.  All claims are cross-collateralized.  Capital Farm Credit retains its security interest in crops, livestock and government payments to secure its cash collateral claim.

3.      Any Patronage, equities or stock retirement payable by Capital to Debtors shall be applied to indebtedness of Debtors to Capital, until the indebtedness is paid in full.  Within 10 days from the date that the funds are applied, Capital shall provide notice of application of the funds to the Debtor, Debtor's Attorney and the Trustee.  Said notice shall include the amount of funds applied, the claim to which the funds were applied and the date of application.  The funds are to be applied to principal only.

4.      The claims of Capital shall continue to be cross-collateralized and cross-defaulted, so that default in payment of any claim of Capital shall be a default in the payment of all of the claims of Capital.

5.      Capital shall be paid its reasonable attorney fees and expenses incurred in this case pursuant to §506 of the Bankruptcy Code.  The fees and expenses of Capital shall be added as additional principal to the Note.  The Parties agree that Capital's attorney fees as of the date of confirmation are $7,538.42.  The attorney fees shall be added to the Claim 10 and paid out according to the Plan. Debtor shall also reimburse Capital for any reasonable post-confirmation attorney fees or other expenses expended by Capital for preservation of its collateral or collection of its indebtedness.

6.      If Debtors default in making payments to Capital, or default in performance of the requirements of the Plan, the Note, or this Addendum, Capital shall give notice of default to Debtors and demand for payment or performance.  If payment or performance is not made within 30 days after the notice for default, the automatic stay shall be lifted without further order of the Court. Nothing herein shall limit Debtors' right to file a motion to modify the plan within the 30 days after the notice of default.

# ADDENDUM REGARDING CLAIM(S) OF FARM CREDIT SERVICES OF AMERICA, PCA D/B/A AGDIRECT TO THE DEBTORS' AMENDED CHAPTER 12 PLAN OF REORGANIZATION AND MOTION FOR VALUATION

## CHRISTOPHER LYNN ORSAK
## CHELSI ANN ORSAK
## CASE NO. 19-70285-hdh12
## MARCH 18, 2020

1. Farm Credit Services of America, PCA d/a/b AgDirect ("FCSA") has eight claims in the CHRISTOPHER LYNN ORSAK and CHELSI ANN ORSAK bankruptcy, those being: Account No. 6447 in the amount of $5,985.77; Account No. 6448 in the amount of $4,648.54; Account No. 0590 in the amount of $2,797.83; Account No. 9997 in the amount of $21,650.11; Account No. 1470 in the amount of $29,350.76; Account No. 2316 $171,609.95; Account No. 7105 in the amount of $8,880.71; and Account No. 5106 in the amount of $42,982.73. Each of these accounts and claim(s) are more fully set forth in FCSA's filed proof of claim.

2. FCSA has a security interest on equipment as more fully set forth in their Retail Installment Contracts, Promissory Notes, Loan Agreements, and/or Security Agreements all of which are attached to FCSA's proof of claim. All claim(s) are cross-collateralized. FCSA retains its security interest in the equipment to secure its claim(s) and all necessary UCC's have been filed.

3. The claim(s) of FCSA shall continue, to the extent applicable, to be cross-collateralized and cross-defaulted, so that default in payment of any claim(s) of FCSA shall be a default in the payment of all of the claim(s) of FCSA.

4. Debtors shall cause to be placed, maintain, and pay timely all required liability, flood, life, fire hazard, and comprehensive public liability insurance coverage as is currently in effect or required by law or by contract on all FCSA's collateralized equipment. Debtors shall provide copies of such insurance policies and evidence that each such insurance policy identifies FCSA as Loss Payee with respect to FCSA's collateral. In the event FCSA is required to acquire or force place insurance, Debtors shall reimburse FCSA for its costs.

5. FCSA shall be paid its reasonable attorneys' fees and expenses incurred in the case pursuant to §506 of the Bankruptcy Code. The fees and expenses of FCSA shall be added as additional principal to FCSA's claim(s). The Parties agree that FCSA's attorney fees as of the of confirmation are at least $8,389.00. The attorney fees shall be added to Account No. 6447 and paid out according to the Plan. Debtors shall also reimburse FCSA for any reasonable post-confirmation attorney fees or other expenses expended by FCSA for preservation of its collateral or collection of its indebtedness.

6. In the event secured creditor, Farm Credit Services of America, PCA d/b/a AgDirect ("FCSA") and/or any other secured or unsecured creditor of debtors listed in the Plan, does not receive any payment by the dates set forth in this Plan or in the event Debtors convert to a Chapter 7, FCSA shall send written notice by Regular Mail and by Certified Mail Return

Receipt Requested, postage prepaid, to Debtors, Counsel for Debtors, and allow Debtors a 10-day period from the date of such written notice to cure such delinquent payments. FCSA shall not cause such written notice to be issued under this Section during the pendency of the Trustee's grace period as referenced in Paragraph 12 of the Plan. Cure payments must be made by certified funds only and FCSA may charge Debtors $50 for any notice given pursuant to this Order. In the event Debtors fail to cure such delinquent payments within such 10-day period, the automatic say of 11 U.S.C. §362 shall terminate as to FCSA without further recourse to this Court and FCSA shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the equipment collateral described as follows and as referenced in this Plan:

    a.  **Account 6447:** Equipment collateral being that Case IH, Model RMX370, Disk with Serial Number JFH0024240.

    b.  **Account 6448:** Equipment collateral being that John Deere, Model 1910, Air Cart with Serial Number A01910T705103; and that John Deere, Model 730, Air Drill with Serial Number A00730X705104.

    c.  **Account 0590:** Equipment collateral being that DMI, Model Tigermate, Field Cultivator with Serial Number 322469, and that DMI, Model Tigermate II, Soil Conditioner/Finisher with Serial number 720374.

    d.  **Account 9997:** Equipment collateral being that Gleaner, Model 5100, Grain Platform Head with Serial Number HT-88156

    e.  **Account 1470:** Equipment collateral being that Zimmatic, Model 9503MP, Center Pivot with Serial Number LE3403

    f.  **Account 2316:** Equipment collateral being that John Deere, Model R4030, Sprayer: Self-Propelled with Serial Number 1N04030RTE0006245

    g.  **Account 7105:** Equipment collateral being that BIG 12, Model BB7, Boll Buggy with Serial Number 765

    h.  **Account 5106:** Equipment collateral being that Great Plains, 2S-2600HD Drill with Serial Number GP-DD2023